1  GOLDSMITH & HULL/File #585746
   A Professional Corporation
2  William I. Goldsmith  (SBN 82183)
   Michael L. Goldsmith (SBN 291700)
3  16933 Parthenia Street, Suite 110
   Northridge, CA 91343
4  Tel.: (818) 990-6600
   Fax: (818) 990-6140
5  **govdept1@goldsmithcalaw.com**

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) CASE NO. 8:17-cv-01163-JLS(JDEx)
                                    )
12            Plaintiff,            )
                                    ) DEFAULT JUDGMENT
13 v.                               )
                                    )
14 DETRICK SIMMONS,                 )
                                    )
15                                  )
              Defendant.            )
16 _____  )

17     In the above-entitled action the Clerk of this Court having entered a default
18 against Defendant(s) DETRICK SIMMONS, on **AUGUST 30, 2017** for failure to
19 respond or appear; and a declaration on behalf of Plaintiff having been filed which
20 satisfies the requirements of F.R.Civ. P. 55(b),

21     IT IS ADJUDGED that Plaintiff, United States of America, shall have and
22 recover from Defendant(s) DETRICK SIMMONS, the sum of $2,880.25 principal,
23 $8,410.82 accrued pre-judgment interest, $6.71 penalties/administrative charges,
24 $495.50 court cost, plus $488.03 attorneys fees, less credits of $0.00, for a total of
25 //
26 //
27 //
28 //

1  $12,281.31 plus interest from August 30, 2017, at the rate of $1.07 per day to date
2  of entry of judgment. Judgment to accrue interest at the legal rate until paid.

3
4  DATE: September 6, 2017          **KIRY K. GRAY, CLERK OF THE COURT**
                                    U.S. District Court Central District of California
5
6
7
8
9                                   BY: _____
                                         DEPUTY CLERK
10
...
26  :P549F